**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PEGGY TRANTHAM** **PLAINTIFF**

**v.** **No. 4:26-cv-186-DPM**

**JAMES R. MCCRAY and**
**BROTHERHOOD MUTUAL**
**INSURANCE COMPANY** **DEFENDANTS**

# JUDGMENT

Trantham's claims against McCray are dismissed with prejudice. Trantham's claims against Brotherhood Mutual Insurance Company are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

28 September 2026